RECEIVED

DEC 27 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| QUINDELE ADDISON<br>LA. DOC#367461 | CIVIL ACTION NO. 5:13-cv-0782 |
| VS. | SECTION P |
| | JUDGE ~~FOMESTACS~~ WALTER |
| JERRY GOODWIN, ET AL. | MAGISTRATE JUDGE MARK L. HORNSBY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to 28 U.S.C. §§ 1915 and 1915A.

The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 26 day of Dec, 2013.

~~TOM STAGG~~
**UNITED STATES DISTRICT JUDGE**